IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONDA TATOM,

        Plaintiff,

        v.

UNITED CONSUMER FINANCIAL
SERVICES and TRANS UNION,
LLC,

        Defendants.

:

:    Case No. 3:21-cv-147

      JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION TO
DISMISS DEFENDANT UNITED CONSUMER FINANCIAL SERVICES
(DOC. #7)

---

This matter is currently before the Court on Plaintiff's Motion to Dismiss

Defendant United Consumer Financial Services as a party to this lawsuit. Doc. #7.

Plaintiff indicates that she has learned that this defendant has no liability as alleged

in the Complaint.

Pursuant to Fed. R. Civ. P. 21, governing misjoinder of parties, the Court

SUSTAINS Plaintiff's motion and DISMISSES WITH PREJUDICE all claims brought

against Defendant United Consumer Financial Services.  All claims against

Defendant Trans Union, LLC, remain pending.

Date: June 1, 2021

Walter H Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE